IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
JUN 20 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| TIMOTHY BRINTON, | ) |
| Plaintiff, | ) |
| vs. | ) No. CIV-11-1508-W |
| LIBERTY MUTUAL GROUP, INC., et al., | ) |
| Defendants. | ) |

## ADMINISTRATIVE CLOSING ORDER

Having been advised that the parties have reached a settlement and compromise, the Court ORDERS the Clerk of the Court to administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not moved to reopen this case within <u>90</u> days of this date, or to extend the administrative closure in this matter prior to the expiration of the <u>90</u> days, all claims and causes of action asserted in this matter shall be deemed to be dismissed with prejudice.

ENTERED this _20th_ day of June, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE